IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Madro, Michael Robert | Case Number: 05 B 50866 |
|---|---|---|
| | Madro, Teresa Marie | Judge: Wedoff, Eugene R |
| | Printed: 11/25/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed: October 31, 2008
Confirmed: December 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 50,047.50 | |
| Secured: | | 12,099.84 |
| Unsecured: | | 31,805.43 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,714.73 |
| Other Funds: | | 727.50 |
| Totals: | 50,047.50 | 50,047.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Harris Trust & Savings Bank | Secured | 12,099.84 | 12,099.84 |
| 3. | American Express Travel Relate | Unsecured | 305.60 | 427.23 |
| 4. | Emerge Mastercard | Unsecured | 978.70 | 1,368.21 |
| 5. | Marshall Field & Company | Unsecured | 290.82 | 406.57 |
| 6. | ECast Settlement Corp | Unsecured | 4,167.95 | 5,826.74 |
| 7. | ECast Settlement Corp | Unsecured | 4,521.67 | 6,321.37 |
| 8. | ECast Settlement Corp | Unsecured | 1,812.68 | 2,534.09 |
| 9. | ECast Settlement Corp | Unsecured | 670.17 | 936.90 |
| 10. | Discover Financial Services | Unsecured | 2,388.65 | 3,339.29 |
| 11. | American Express Centurion | Unsecured | 1,993.83 | 2,787.29 |
| 12. | ECast Settlement Corp | Unsecured | 776.39 | 1,085.37 |
| 13. | Portfolio Recovery Associates | Unsecured | 2,838.46 | 3,968.11 |
| 14. | Resurgent Capital Services | Unsecured | 1,456.97 | 2,036.82 |
| 15. | Capital One | Unsecured | 548.99 | 767.44 |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | $ 37,550.72 | $ 46,605.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Madro, Michael Robert | Case Number: 05 B 50866 |
|---|---|---|
| | Madro, Teresa Marie | Judge: Wedoff, Eugene R |
| | Printed: 11/25/08 | Filed: 10/12/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 605.13 |
| 5% | 205.50 |
| 4.8% | 394.55 |
| 5.4% | 887.62 |
| 6.5% | 534.32 |
| 6.6% | 87.61 |
| | $ 2,714.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

